**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re:

    Stephen L Williams
    Latosha A. Williams
        Debtor(s)

Case No. 14-08956

---

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Tom Vaughn, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 03/13/2014.

2) The plan was confirmed on 08/21/2014.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 05/29/2015.

4) The trustee filed action to remedy default by the debtor in performance under the plan on  NA .

5) The case was converted on 10/26/2015.

6) Number of months from filing to last payment: 19.

7) Number of months case was pending: 20.

8) Total value of assets abandoned by court order:  NA .

9) Total value of assets exempted:  NA .

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have not cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

## Receipts:

|  |  |
|---|---|
| Total paid by or on behalf of the debtor | $16,188.16 |
| Less amount refunded to debtor | $969.22 |

**NET RECEIPTS:**                                                      **$15,218.94**

## Expenses of Administration:

|  |  |
|---|---|
| Attorney's Fees Paid Through the Plan | $3,841.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $543.97 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:**                   **$4,384.97**

Attorney fees paid and disclosed by debtor:        $159.00

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Acctrecmgt (Original Creditor:01 Ge | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Afni, Inc. | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Ais Services Llc (Original Creditor | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| ALL CREDIT LENDERS | Unsecured | NA | 308.00 | 308.00 | 0.00 | 0.00 |
| ALLIED INTERSTATE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Aspire | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| ASSET ACCEPTANCE LLC | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| ASSET ACCEPTANCE LLC | Unsecured | 1,002.00 | NA | NA | 0.00 | 0.00 |
| ASSET ACCEPTANCE LLC | Unsecured | 718.00 | NA | NA | 0.00 | 0.00 |
| ASSET ACCEPTANCE LLC | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| ASSET ACCEPTANCE LLC | Unsecured | NA | 305.00 | 305.00 | 0.00 | 0.00 |
| AT&T Mobility | Unsecured | NA | 2,418.51 | 2,418.51 | 0.00 | 0.00 |
| Bank of America | Unsecured | 1,657.00 | NA | NA | 0.00 | 0.00 |
| BLATT HASENMILLER LEIBSKER | Unsecured | 1,923.83 | NA | NA | 0.00 | 0.00 |
| Capital One | Unsecured | 1,022.00 | NA | NA | 0.00 | 0.00 |
| CITY OF CHICAGO DEPT OF REVENU | Unsecured | 2,420.00 | 2,462.40 | 2,462.40 | 0.00 | 0.00 |
| COMMONWEALTH EDISON | Unsecured | 3,135.00 | 5,943.26 | 5,943.26 | 0.00 | 0.00 |
| Communityamerica Cu | Unsecured | 606.00 | NA | NA | 0.00 | 0.00 |
| CREDIT ACCEPTANCE CORP | Unsecured | 4,852.59 | 4,720.06 | 4,720.06 | 0.00 | 0.00 |
| CREDIT ACCEPTANCE CORP | Unsecured | NA | 4,544.72 | 4,544.72 | 0.00 | 0.00 |
| CREDIT MANAGEMENT LP | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| CTA SOUTH FEDERAL CREDIT UNIOI | Unsecured | 215.00 | NA | NA | 0.00 | 0.00 |
| CUSTOM COLLECTION SERVICES IN( | Unsecured | 1.00 | 215.00 | 215.00 | 0.00 | 0.00 |
| DEPENDON COLLECTION SE | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| DEPENDON COLLECTION SE | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| DEPENDON COLLECTION SE | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| DEVRY INC | Unsecured | 0.00 | 389.70 | 389.70 | 0.00 | 0.00 |
| DIRECTV | Unsecured | NA | 1,112.41 | 1,112.41 | 0.00 | 0.00 |
| ECMC | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| ECMC | Unsecured | 1.00 | 6,659.95 | 6,659.95 | 0.00 | 0.00 |
| ENHANCED RECOVERY CO L | Unsecured | 198.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ERSolutions, Inc. | Unsecured | 2,005.51 | NA | NA | 0.00 | 0.00 |
| GALAXY ASSET PURCHASING LLC | Unsecured | 1,316.00 | 192.31 | 192.31 | 0.00 | 0.00 |
| Gc Services (Original Creditor:10 S | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| HARVARD COLLECTION SERVICE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS BELL TELEPHONE CO | Unsecured | NA | 2,034.39 | 2,034.39 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | NA | 9,264.09 | 9,264.09 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 5,207.70 | 30,258.79 | 30,258.79 | 6,862.91 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Secured | 6,600.00 | 6,075.32 | 6,075.32 | 692.97 | 220.03 |
| JEFFERSON CAPITAL SYSTEMS | Secured | 4,600.00 | 4,559.89 | 4,559.89 | 760.60 | 152.40 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | 239.00 | 239.88 | 239.88 | 0.00 | 0.00 |
| Microbilt Collection A (Original Cr | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND CREDIT MANAGEMENT IN | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND CREDIT MANAGEMENT IN | Unsecured | 1,013.00 | NA | NA | 0.00 | 0.00 |
| MONTEREY FINANCIAL SVC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| MRSI | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| MUNICIPAL COLLECTIONS OF AMER | Unsecured | 250.00 | 276.40 | 276.40 | 0.00 | 0.00 |
| National Credit Soluti (Original Cr | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| NAVIENT SOLUTIONS INC | Unsecured | 5,327.00 | 10,441.75 | 10,441.75 | 0.00 | 0.00 |
| Nca (Original Creditor:01 Aarons Sa | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| NICOR GAS | Unsecured | 800.00 | 1,470.39 | 1,470.39 | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Unsecured | 337.00 | NA | NA | 0.00 | 0.00 |
| PREMIER BANK CARD | Unsecured | NA | 866.83 | 866.83 | 0.00 | 0.00 |
| PREMIER BANK CARD | Unsecured | NA | 427.62 | 427.62 | 0.00 | 0.00 |
| RJM ACQUISITIONS | Unsecured | 322.00 | NA | NA | 0.00 | 0.00 |
| RJM ACQUISITIONS | Unsecured | 624.00 | NA | NA | 0.00 | 0.00 |
| RMI MCSI | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| RMI MCSI | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| ST IL TOLLWAY AUTHORITY | Unsecured | 3,609.00 | 8,923.60 | 8,923.60 | 0.00 | 0.00 |
| State of Wisconsin | Unsecured | 276.00 | NA | NA | 0.00 | 0.00 |
| SYSTEMS & SERVICES TECH INC | Unsecured | 8,395.95 | 17,713.05 | 17,713.05 | 0.00 | 0.00 |
| SYSTEMS & SERVICES TECH INC | Secured | 5,100.00 | 7,600.00 | 7,600.00 | 1,767.04 | 378.02 |
| TRANSWORLD SYSTEMS INC | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| Trident Asset Manageme | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Uds (Original Creditor:Aronsons Fur | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF EAST HAZEL CREST | Unsecured | 250.00 | 250.00 | 250.00 | 0.00 | 0.00 |
| VILLAGE OF LANSING | Unsecured | 250.00 | 1,675.00 | 1,675.00 | 0.00 | 0.00 |
| VILLAGE OF LANSING | Unsecured | 250.00 | 500.00 | 500.00 | 0.00 | 0.00 |
| ZENITH ACQUISITION | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Zenith Acquistion Corp. | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $18,235.21 | $3,220.61 | $750.45 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$18,235.21** | **$3,220.61** | **$750.45** |
| | | | |
| **Priority Unsecured Payments**: | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $30,258.79 | $6,862.91 | $0.00 |
| **TOTAL PRIORITY**: | **$30,258.79** | **$6,862.91** | **$0.00** |
| | | | |
| **GENERAL UNSECURED PAYMENTS**: | **$83,354.32** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $4,384.97 |
| Disbursements to Creditors | $10,833.97 |
| | |
| **TOTAL DISBURSEMENTS** : | **$15,218.94** |

12)  The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 11/09/2015                    By:/s/ Tom Vaughn
                                              Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**